| | | | |
|---|---|---|---|
| AUSA: | Ann Nee | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | | | |
| Special Agent: | David M. Alley | Telephone: | (313) 226-0500 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
    v.
Martin Daryl Waskowski

Case No. 25-30762

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 2025- December 5, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2251 (a) and (e) | Sexual exploitation of children and attempt. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

David Alley, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __December 17, 2025__

_____
Judge's signature

City and state: __Detroit, Michigan__

Hon. David R. Grand, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR AN ARREST WARRANT

I, David M Alley, being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.   I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI) with offices located in Detroit, Mich. I have been employed with HSI since March 2007. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Ga. I have received bachelor's and master's degrees in criminal justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC, Advanced Computer Evidence Recovery Training (ACERT) at the HSI Cyber Crimes Center and the Cyber Crime Center Mobile and Cellular Device Data Extraction course. I possess an A+ certification and a GIAC Advanced Smartphone Forensics (GASF) certification. While employed by HSI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received training in child pornography and child exploitation and have had the opportunity to observe

1

and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

2.  This affidavit is made in support of a criminal complaint and arrest warrant for Martin Daryl WASKOWSKI (DOB XX/XX/1987) for violations 18 U.S.C §§ 2251(a) and (e) (sexual exploitation of children and attempt) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

3.  This affidavit is based on my personal knowledge, experience and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant for Martin Daryl WASKOWSKI.

## PROBABLE CAUSE

4.  On December 3, 2025, Martin Daryl WASKOWSKI, a United States citizen and resident of Michigan, sought to enter the United States from Canada at a land border crossing in Vermont. WASKOWSKI's digital devices, including a cell phone and a laptop, were reviewed by HSI Vermont in secondary inspection and suspected child pornography was found.

5.  Agents located a "Hidden" tab under "Collections" in the "Photos" application on WASKOWSKI's phone, in which an HSI agent observed

2

approximately 6 or more files that, based on the agent's training and experience, depicted children under the age of 14 involved in various sex acts with apparent adult males.

6.     One of the files observed on this phone was an apparent video file with a listed length of 30 seconds and an associated date of July 13, 2025, 1:20 p.m., as well as data indicating the file was saved from Telegram. This file would not play in its current state and was only visible as a still depiction. This file depicted an apparent toddler-aged male child—based on the apparent size of his body and lack of pubic hair—laying on his back holding a video game console with an apparent adult holding the toddler's penis.

7.     Another file observed on this phone was an apparent video file with a listed length of 1 minute and 18 seconds and an associated date of March 2, 2025, at 7:53 p.m., with data also indicating the file was saved from Telegram. This file would not play in its current state and was only visible as a still depiction. This file depicted what appeared to be a prepubescent male child—based on the size of his body and lack of pubic hair—naked laying on his back with one adult male having his erect penis in the child's mouth while holding the child's head, while another adult strokes his own penis and places his hand near the child's penis.

8.     After briefly searching WASKOWSKI's phone, HSI agents in Vermont interviewed WASKOWSKI. During the interview, WASKOWSKI admitted seeking and receiving materials that he acknowledged were child

3

pornography, as defined in 18 U.S.C. § 2256(8)(A), on a phone application he referred to as Telegram.

9. Further, during the interview, WASKOWSKI admitted that he previously attempted to and did produce child pornography by video-recording via spy camera a twelve-year-old boy's genitalia (hereafter Minor Victim 1 or MV-1) in a restroom in WASKOWSKI's residence in Michigan. WASKOWSKI also stated that he is a fourth-grade teacher and has been working in the education field for approximately ten years.

10. On or about December 5, 2025, a search warrant was executed at WASKOWSKI's home in Royal Oak, Michigan. During this search warrant, numerous electronic items were seized by law enforcement. An on-site preview of an external hard drive located during this search warrant revealed that it contained several thousand files of child pornography. One such image, titled "[…]13fuk12[…].jpg," showed a nude minor male on his back with his legs pulled up to his chest and his genitalia exposed. Another nude male minor is positioned with his erect penis below the first minor's genitalia and possibly penetrating the first minor's anus. The two minors appeared to be approximately 11-14 years old, based on lack of pubic hair and body structure.

11. During a further review of the devices seized from WASKOWSKI's Michigan home as well as of extractions of his devices performed in Vermont, further evidence related to the possession, distribution and production of child

4

pornography was found. On a hard drive disk recovered from WASKOWSKI's home, HSI personnel observed numerous image and video files depicting child pornography, to include:

    a. Image file [redacted](74).jpg located at Users\Marty\Desktop\New folder\Pie\[redacted]. This image depicts a male minor child, nude, positioned on his back, genitals exposed and resting their head against a dressed mature male's shoulder. The minor child is seen from the mouth down to their knees in the image. The adult male's face is seen from the nose down and they are positioned in the top right of the image with only their face and hands seen in the image. The adult male's hands are positioned on the minor child's thighs and waist area.

    b. Video file younger brother suck [redacted].mp4 located in the folder Users\Marty\Downloads\one drive\. This video file depicts a male minor child, dressed, and their head positioned at the waist of another male. The video is focused on the minor child's head and second male's waist, hand and genitals. During the video, the second male's penis is seen penetrating the minor child's mouth multiple times.

12.    Additional "spy cam" style videos were also observed in the forensic extraction of WASKOWSKI's HP laptop, which was in his possession at the time

5

of his arrest in Vermont. Eight videos were found at the file path Users\marty\Desktop\spy cam\new camera\. Some of the videos had been given file names including the name of MV-1 or additional descriptors such as "shower […] nice cock shot." The videos had associated creation date indicators in February and March 2025.

13. Several of these videos show a nude male child who appears to be approximately 12-14 years old inside a bathroom with a shower. The child is captured on the videos undressing prior to entering the shower and also exiting the shower. During the videos, the child's nude penis and testicles are visible. Other videos show male children who appear to be approximately 12-14 years old urinating. During the videos the children's nude penises are visible. The angle of capture for the videos are consistent with having been taken by a hidden camera placed in the bathroom at approximately waist height and pointed toward the shower. In some of the videos, the view of the camera appears to be partially obscured by material resembling a towel.

14. During the December 5, 2025, search of WASKOWSKI's home, law enforcement located an apparent hidden camera device designed to look like a magnetic phone charging block for a cellular phone.

15. On December 9, 2025, a forensic interview specialist with HSI Detroit conducted a forensic interview of MV-1. MV-1 was shown screenshots from one of

6

the "spy cam" bathroom videos described above, which showed a minor male's nude genitalia while exiting the shower. MV-1 identified himself in the image and stated that the video showed the bathroom at a Royal Oak, Michigan apartment associated with WASKOWSKI.

## CONCLUSION

16. I respectfully submit that there is probable cause to believe that Martin Daryl WASKOWSKI (DOB XX/XX/1987) has committed violations of 18 U.S.C §§ 2251(a) and (e) (sexual exploitation of children and attempt) and 18 U.S.C. § 2252A(a)(5)(B) (possession of child pornography).

17. I request that the Court authorize the issuance of a criminal complaint and arrest warrant for Martin Daryl WASKOWSKI.

Respectfully submitted,

Special Agent David Alley
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. David R. Grand
United States Magistrate Judge

Date: December 17, 2025